IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRIS FINLEY,
Special Administrator of the Estate of
Christopher Grant Finley                                                     PLAINTIFF

v.                              No. 3:18-cv-55-DPM

HEATH LOGGAINS and
CITY OF JONESBORO, ARKANSAS                                      DEFENDANTS

## ORDER

For the reasons stated on the record at the 30 March 2021 hearing, Dr. Sperry may testify that Finley's door was locked and bolted at some point during the encounter, but he may not testify that the door was locked and bolted when Officer Loggains fired. Defendants' renewed motion *in limine*, Doc. 36, on Dr. Sperry's sixth opinion is partly granted and partly denied. Draft statement of the case, elements instructions, and verdicts (joint or alternatives) due by 16 April 2021.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 March 2021