IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRIS FINLEY,
Special Administrator of the Estate of
Christopher Grant Finley                                      PLAINTIFF

v.                       No. 3:18-cv-55-DPM

HEATH LOGGAINS and
CITY OF JONESBORO, ARKANSAS                                   DEFENDANTS

## JUDGMENT

The Finley Estate's complaint is dismissed with prejudice. The Court retains jurisdiction until 6 August 2021 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

2 June 2021